El Pueblo, Demandante y Apelado, *v.* Rodríguez, Acusado y Apelante.

Apelación procedente de la Corte de Distrito de San Juan, Primer Distrito, en causa por abandono de menores.

No. 2136.—Resuelto en diciembre 17, 1923.

Abandono de Menores—Prueba—Apreciación Errónea de la Prueba.—Cuando la incongruencia entre la denuncia y la prueba es fatal, como en este caso por abandono de menores en que aparece que si el delito fué cometido lo fué después y no antes de ser denunciado el acusado, la sentencia apelada debe revocarse.

Los hechos están expresados en la opinión.

Abogados del apelante: *Sres. V. M. Fernández y M. Tous Soto.*

Abogado del apelado: *Sr. José E. Figueras, Fiscal.*

El Juez Asociado Sr. Franco Soto, emitió la opinión del tribunal.

El acusado fué declarado culpable por infracción del artículo 263 del Código Penal.

No conforme con la sentencia de la corte inferior, el acusado interpuso este recurso y sostiene en su alegato haberse cometido error manifiesto por el juez sentenciador en la apreciación de la prueba.

De la exposición del caso aparece que la única declaración que imputa la comisión del delito al acusado es la prestada por la denunciante, la que manifestó que el acusado "no le da un centavo a su hija desde hace un año."

La denuncia fué archivada el 14 de noviembre de 1920, y el juicio de este caso se vió, en apelación ante la Corte de Distrito, Distrito Primero, el 17 de abril de 1923.

De esto se desprende claramente que existe una seria incongruencia entre la denuncia y la prueba, pues si el delito fué cometido, tuvo lugar con posterioridad a la fecha de la denuncia.

El error salta a la vista y debe revocarse la sentencia, absolviéndose al acusado.

*Revocada la sentencia y absuelto el acusado.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Aldrey y Hutchison.